UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELENA S. BROWN,

    Plaintiff,

vs.

COMMISSION OF
SOCIAL SECURITY,

    Defendant.
_____/

Civil Action No.
07-CV-11409

HON. BERNARD A. FRIEDMAN

# OPINION AND ORDER
## ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, and GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

    This social security disability matter is presently before the court on cross motions for summary judgment. Magistrate Donald A. Scheer has submitted a report and recommendation (R&R) in which he recommends that plaintiff's motion for summary judgment be denied and defendant's motion for summary judgment be granted. Neither party has filed objections and the time for them to do so has expired.

    The court has reviewed the parties' motions, the administrative record, and the magistrate judge's R&R. The court is satisfied that the magistrate judge's analysis of this case is both thorough and accurate, and that the recommended disposition is correct. Accordingly,

    IT IS ORDERED that Magistrate Judge Scheer's R&R is accepted and adopted as the findings and conclusions of the court.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment is denied and that defendant's motion for summary judgment is granted.

_s/Bernard A. Friedman_____
BERNARD A. FRIEDMAN
CHIEF UNITED STATES DISTRICT JUDGE

Dated: July 2, 2008
       Detroit, Michigan

I hereby certify that a copy of the foregoing document
was served upon counsel of record by electronic and/or first-class mail.

s/Carol Mullins
Case Manager to Chief Judge Friedman